FILED

2019 DEC -3 AM 11: 5[?]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. STEVAN HILL DEFENDANT(S) | 1:19-cr-[illegible] 19MJ05100 AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __Indictment__
in the ___ District of __COLUMBIA__ on _____
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __371, 2, 1503__; 52 USC 30122, 30109(d)(1)(A)(i)
to wit: __CONSPIRACY; MAKING CONDUIT CONTRIBUTIONS AND AIDING AND ABETTING; OBSTRUCTION__

A warrant for defendant's arrest was issued by: __Hon. G. Michael Harvey, U.S. Magistrate Judge__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __12/3/19__, by

__Cindy [illegible]__
Deputy Clerk.

1202

__[signature]__                     __Brandon Merriman__
Signature of Agent                  Print Name of Agent

__FBI__                             __Special Agent__
Agency                              Title